**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>NERVEDA, LLC and THE BOARD OF DIRECTORS OF NERVEDA, LLC,<br><br>Defendants. | Civil Action No. 15-01373 (JLL) (JAD)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of United States Magistrate Judge Joseph A. Dickson's August 13, 2015 Report and Recommendation [Docket Entry No. 7], recommending that the undersigned GRANT Defendant Nerveda, LLC's Motion to Dismiss Plaintiff's Complaint. Specifically, Judge Dickson found that Plaintiff's Complaint is subject to dismissal for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). This Court notes that Defendant's underlying Motion to Dismiss was unopposed, and that, to date, the Court has received no objections with respect to Magistrate Judge Dickson's August 13, 2015 Report and Recommendation. For good cause shown,

IT IS on this 31st day of August, 2015

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on August 13, 2015 [Docket Entry No. 7], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's Complaint [Docket Entry No. 1], filed on February 23, 2015, is hereby DISMISSED.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge